UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-25-19

In Re: Dorothy Palmer

DOROTHY PALMER,

          Appellant,

   - against -

KENNETH SILVERMAN,

          Appellee.

19cv5911 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The original date for the appellant to file a brief has now passed. The appellant shall file a brief with any supporting papers by **December 16, 2019**. The appellee should respond to the appellant's brief by **January 6, 2020**. The appellant should reply by **January 16, 2020**. If the appellant fails to file the opening brief by **December 16, 2019** as directed, the appeal may be dismissed.

SO ORDERED.

Dated:   New York, New York
          November 25, 2019

                                John G. Koeltl
                                United States District Judge