UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re: Dorothy Palmer

DOROTHY PALMER,

                Appellant,

-against-                                      19 **CIVIL** 5911 (JGK)

                                                              **JUDGMENT**

KENNETH SILVERMAN,

                Appellee..
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 4, 2020, that after filing a notice of appeal of an order entered by the Bankruptcy Court for the Southern District of New York on June 24, 2019, the pro se appellant failed to file and serve a brief with supporting papers after the Court twice extended the time to do so, first to October 31, 2019 and then to December 16, 2019; as of the date of the Order, the appellant has still failed to file anything with the Court; in this case, more than six months have elapsed from the time the appellant filed the notice of appeal to today; therefore, the bankruptcy appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           January 6, 2020

                                                               RUBY J. KRAJICK
                                                                  Clerk of Court

                                                        By:
                                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/6/2020